DLD-140

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **22-1763**

In re: JOHN MOORE, Petitioner

Present:   KRAUSE, MATEY and PHIPPS, Circuit Judges

Submitted is Petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive habeas petition

in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

The application under 28 U.S.C. § 2244 to file a second or successive habeas corpus petition pursuant to 28 U.S.C. § 2254 is granted. Petitioner has made a prima facie showing that his proposed habeas petition relies on a factual predicate that (i) "could not have been discovered previously through the exercise of due diligence," and (ii) "if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found [him] guilty of the underlying offense." 28 U.S.C. § 2244(b)(2), (b)(3)(C); see also In re Hoffner, 870 F.3d 301, 307-08 (3d Cir. 2017). (describing the prima-facie standard in this context). Our prima facie determination under § 2244(b)(3)(C) is based on a limited record; we have not considered the merits. See Hoffner, 870 F.3d at 308. The Clerk is directed to transfer the application to the United

States District Court for the Eastern District of Pennsylvania for further proceedings. Moore's request to stay this proceeding is denied without prejudice. We leave it to the District Court to determine in the first instance whether consideration of the habeas petition should be stayed. See Rhines v. Weber, 544 U.S. 269, 277 (2005); Heleva v. Brooks, 581 F.3d 187, 192 (3d Cir. 2009).

By the Court,

s/Paul B. Matey
Circuit Judge

Dated: July 1, 2022
Amr/cc: All counsel of record

A True Copy:

Patricia S. Dodszuweit, Clerk